# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

| | | |
|---|---|---|
| IN RE: | MICHAEL TYRONE THOMPSON AND<br>LAVITA ROCHELLE THOMPSON,<br>Debtor(s) | Case No. 4:17-BK-12085<br><br>Chapter 13 |

SETERUS, INC. AS SERVICER FOR FEDERAL
NATIONAL MORTGAGE ASSOCIATION                                             MOVANT

VS.

MICHAEL TYRONE THOMPSON AND
LAVITA ROCHELLE THOMPSON, Debtor(s);
and MARK T. MCCARTY, Trustee                                             RESPONDENTS

## ORDER

This matter having come before the Court pursuant to the Objection to Confirmation filed by Movant, Seterus, Inc. as servicer for Federal National Mortgage Association, and the Court, being fully advised, finds that the Objection is **SUSTAINED.** The Debtor(s) shall modify their plan within twenty-one (21) days to provide for a mortgage arrearage owing to Movant in the amount of $14,470.87 to be cured by making payments in the sum of $241.18 per month through the Trustee's office. Debtor has no objection to Movant filing a Notice of Post-Petition Fees, Expenses, and Charges to recover the attorney's fee of $500.00 incurred in this action. Furthermore, the Debtor(s) shall modify their Chapter 13 plan to provide for an ongoing mortgage payment in the sum of $1,372.78 per month until June 1, 2017 and, effective July 1, 2017, in the sum of $1,461.41.

IT IS SO ORDERED.

*/s/ Phyllis M. Jones*
Phyllis M. Jones
United States Bankruptcy Judge
Dated: 10/17/2017

EOD: October 17, 2017

APPROVED AS TO FORM:

WILSON & ASSOCIATES, P.L.L.C.

By: */s/ Kathryn Lachowsky*

    Jennifer Wyse (2015092)
    Angela Boyd Mathews (2008250)
    Heather Martin-Herron (2011136)
    Kathryn Lachowsky (2012039)

    400 West Capitol Avenue, Suite 1400
    Little Rock, AR 72201
    (501) 219-9388

Attorneys for Movant


/s/ Chris Foster
    Chris Foster
    Attorney at Law
    P.O. Box 1079
    Heber Springs, AR 72543


_____
    Mark T. McCarty
    Trustee
    P.O. Box 5006
    North Little Rock, AR 72119-5006

WA 198299 / Loan No. XXXXXX4434